**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **MARIANGEL GABRIELA MONTOYA TORREALBA,** | § § § | |
| **Petitioner,** | § § § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2033-KC** |
| | § | |
| **WARDEN OF CAMP EAST MONTANA, et al.** | § § § | |
| **Respondents.** | § § | |

**<u>ORDER</u>**

On this day, the Court considered the case. On July 31, 2026, Mariangel Gabriela Montoya Torrealba, a Venezuelan citizen subject to a final order of removal, filed a Petition for a Writ of Habeas Corpus, ECF No. 3. The Court ordered Respondents to show cause why the Petition should not be granted. Show Cause Order 4, ECF No. 2.

Respondents have now filed their Response, ECF No. 5, and in support, attach the Declaration of Supervisory Detention and Deportation Officer Elizabeth Urquidi ("Urquidi Decl."), ECF No. 5-1. According to Urquidi, "[o]n June 26, 2026, Montoya Torrealba was transferred to El Paso for removal to Venezuela." Urquidi Decl. ¶ 5. However, "Montoya Torrealba elected to be removed with her two children." *Id.* ¶ 6. Thus, "ERO El Paso will be transferring Montoya Torrealba back to ERO Houston" for ERO Houston to "coordinate Montoya Torrealba's reunification with her children." *Id.* ¶¶ 7–8. As a result of the pending reunification process, "[t]he anticipated timeline for Montoya Torrealba's removal is currently unknown." *Id.* ¶ 11.

Given that the reunification process is progressing and Montoya Torrealba's removal to Venezuela with her children would likely moot the Petition, the Court takes this matter under advisement pending additional information from Respondents.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a status report **by no later than September 11, 2026**, detailing the following:

(1) whether Montoya Torrealba has been reunited with her children, and if not, the anticipated timeline for reunification and any obstacles; and

(2) if Montoya Torrealba was reunited with her children, whether they were removed to Venezuela, and if not, the anticipated timeline for removal and any obstacles.

**Respondents are CAUTIONED that if the reunification process has not been completed by that time, they must provide a concrete anticipated timeline for reunification**.

**SO ORDERED**.

**SIGNED this 11th day of August, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2