**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MARIANGEL GABRIELA MONTOYA TORREALBA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2033-KC** |
| | § | |
| **WARDEN OF CAMP EAST MONTANA, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. On July 31, 2026, Mariangel Gabriela Montoya Torrealba, a Venezuelan citizen subject to a final order of removal, filed a Petition for a Writ of Habeas Corpus, ECF No. 3.

On September 11, 2026, Respondents filed a status report stating that "Montoya [Torrealba]'s removal is currently scheduled for the middle of September, as ERO Houston is coordinating the arrangements for [her] reunification with her two children prior to removal to Venezuela." Status Report 1, ECF No. 12; *see also id.* Ex. A ("2d Urquidi Decl.") ¶ 9, ECF No. 12-1. The Court then ordered another status report for September 28, 2026, asking Respondents to inform the Court whether Montoya Torrealba was removed with her children and if not, the anticipated timeline for removal. Sep. 14, 2026, Order, ECF No. 13.

On September 28, Respondents filed another status report. *See* 2d Status Report, ECF No. 18. Respondents now inform the Court that "the anticipated removal [of Montoya Torrealba] is scheduled for September." *Id.* And the Court notes that they attach the same declaration as the first Status Report. *Compare* Status Report Ex. A, ECF No 12-1 *with* 2d Status Report Ex. A, ECF No. 18-1 (noting that the anticipated removal date was "middle of September").

Given that Montoya Torrealba's removal to Venezuela with her children would likely moot the Petition and Respondents describe her imminent removal from the United States, the Court takes this matter under advisement pending additional information from Respondents.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a status report **by no later than October 1, 2026**, detailing the following:

(1) whether Montoya Torrealba has been reunited with her children, and if not, the anticipated timeline for reunification and any obstacles; and

(2) whether Montoya Torrealba and her children were removed to Venezuela, and if not, the anticipated timeline for removal and any obstacles.

Respondents are **CAUTIONED** that if they have neither reunified Montoya Torrealba with her children prior to removal nor removed them all together to Venezuela, they must provide a concrete, anticipated timeline for reunification and removing the family from the country. The Court **WARNS** Respondents that failure to provide an anticipated timeline may result in an order for Montoya Torrealba's release.

**SO ORDERED**.

**SIGNED this 29th day of September, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE